JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff James L. Deaver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES L. DEAVER, an individual,<br><br>Plaintiff,<br><br>V.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:26-cv-00143-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff James L. Deaver and Defendants Wal-Mart Associates, Inc. and Walmart Inc., by and through their respective counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this September 29, 2026

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey, Esq.*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

*/s/ McCade Wing, Esq.*
KATIE BLAKEY
Nevada Bar No. 12701
MCCADE WING
Nevada Bar No. 16652
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113-4770
*Attorneys for Defendants*

**IT IS SO ORDERED.**

James C. Mahan

UNITED STATES DISTRICT JUDGE

Date: September 29, 2026